SCOTT J. SAGARIA (SBN 217981)
sjsagaria@sagarialaw.com
ELLIOT W. GALE (SBN 263326)
egale@sagarialaw.com
JOE ANGELO (SBN 268542)
jangelo@sagarialaw.com
**SAGARIA LAW, P.C.**
3017 Douglas Blvd., Ste. 100
Roseville, CA 95661
408-279-2288 ph: 408-279-2299 fax

Attorneys for Plaintiff

# IN THE UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| ANNE LEONARD,<br>　　　　　Plaintiff,<br>　v.<br><br>EQUIFAX, INC.; et. al.,<br><br><br><br>　　　　　Defendants. | Case No.: 5:17-CV-02960-HRL<br><br>NOTICE OF SETTLEMENT WITH DEFENDANT PATELCO CREDIT UNION |

**TO THE COURT, CLERK OF COURT, AND ALL PARTIES:**

**PLEASE TAKE NOTICE THAT** plaintiff Anne Leonard and defendant Patelco Credit Union, by and through their respective counsel of record, have reached a settlement in principle of the above captioned case and are in the process of documenting said settlement. The parties believe the settlement should be finalized within 45 and a dismissal shall be filed.

Dated:　September 19, 2017

　　　　　　　　　　　　　　　　　　　　　　**Sagaria Law, P.C.**
　　　　　　　　　　　　　　　　　　　　　　　　/s/ *Elliot Gale*
　　　　　　　　　　　　　　　　　　　　　　Elliot Gale
　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff

NOTICE OF SETTLEMENT - 1